UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CHRISTOPHER COLLINS,**

    **Plaintiff,**

v.                                             **Case No: 5:24-cv-313-MMH-PRL**

**KROGER FULFILLMENT NETWORK, LLC,**

    **Defendant.**

## ORDER

This matter is before the Court on a motion for Plaintiff's counsel of record, Michael Hurckes, Esq. to withdraw from representing Plaintiff in this action. (Doc. 10). The motion, however, is filed by Plaintiff, and not by Attorney Hurckes as required by Local Rule 2.02(c). Accordingly, Plaintiff's motion (Doc. 10) is due to be **DENIED**. Attorney Hurckes remains counsel of record for Plaintiff at this time.

**DONE** and **ORDERED** in Ocala, Florida on July 23, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties